Judge: Marc Barreca
Chapter: 13
Hearing Date: November 25, 2015
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
    1015 State Ave. Courtroom 1
    Marysville,WA 98270

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

BRENDA ELIZABETH PECKMAN,

    Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-15435

TRUSTEE'S OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's plan, filed September 10, 2015 (ECF No. 2) as follows:

(1) The debtor needs to pay the filing fee. (2) The debtor is approximately $145.52 delinquent on her plan payments. (3) The Trustee reserves the right to assert additional bases for this pleading.

THE TRUSTEE REQUESTS:

That the Court enter an order denying confirmation of the debtor's plan, and setting deadlines for filing and noting a feasible amended plan.

Dated: October 19, 2015

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION - 0

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Case 15-15435-MLB    Doc 14    Filed 10/19/15    Ent. 10/19/15 13:42:57    Pg. 1 of 1